UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SEBASTIAN LEON,

                          **Plaintiff,**                20-CV-00713 (JMF)(SN)

    -against-                                       **ORDER**

**ZUCKER'S BAGELS GRAND CENTRAL, LLC, et al.,**

                          **Defendants.**
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     In light of the public health crisis, the settlement conference scheduled for Monday, June 15, 2020, at 2:00 p.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email before the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     June 10, 2020
               New York, New York