UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEBASTIAN LEON,<br>*on behalf of himself, FLSA Collective Plaintiffs,*<br>*and the Class,*<br><br>                    Plaintiff,<br><br>          v.<br><br>ZUCKER'S BAGELS GRAND CENTRAL, LLC<br>          d/b/a ZUCKER'S BAGELS & SMOKED FISH,<br>ZUCKER'S COLUMBUS, LLC<br>          d/b/a ZUCKER'S BAGELS & SMOKED FISH,<br>ZUCKER'S FLATIRON, LLC<br>          d/b/a ZUCKER'S BAGELS & SMOKED FISH,<br>POMERANTZ EQUITIES, LLC<br>          d/b/a MURRAY'S BAGELS,<br>MURRAY'S BAGELS HOLDING, LLC<br>          d/b/a MURRAY'S BAGELS,<br>MATTHEW POMERANTZ, and DANIEL PACE,<br><br>                    Defendants. | Case No. 20-cv-00713 (JMF)<br><br>**NOTICE OF ACCEPTANCE**<br>**OF OFFER OF JUDGMENT** |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff SEBASTIAN LEON hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated June 17, 2020 and annexed hereto as **Exhibit A**.

Dated:   June 23, 2020                              Respectfully submitted,

                                        By:   */s/ C.K. Lee*

                                              C.K. Lee, Esq. (CL 4086)
                                              LEE LITIGATION GROUP, PLLC
                                              148 West 24th Street, 8th Floor
                                              New York, NY 10011
                                              Tel.: (212) 465-1188
                                              Fax: (212) 465-1181
                                              *Attorneys for Plaintiff*