Vincent E. Bauer
Law Offices of Vincent E. Bauer
425 Madison Avenue, 17th Floor
New York, NY 10017
Ph: (212) 575-1517
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**SEBASTIAN LEON,**
**On behalf of himself, FLSA Collective**
**Plaintiffs and the Class,**

                **Plaintiff**                      **20 cv 00713**

            **-against-**

**ZUCKER'S BAGELS GRAND CENTRAL, LLC,**
**ZUCKER'S COLUMBUS, LLC,**
**ZUCKER'S FLATIRON, LLC,**
**POMERANTZ EQUITIES, LLC**
**MURRAY'S BAGELS HOLDING, LLC**
**MATTHEW POMERANTZ and DANIEL PACE**

                **Defendants**
------------------------------------------------------------------X

**OFFER OF JUDGMENT**

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, by and through their undersigned counsel, hereby offer to allow judgment to be entered against them in this action in the total amount of $40,000, subject to deductions and withholdings required by law, in full resolution of all of Plaintiff's claims for relief. The total amount of $40,000 is inclusive of any and all costs and attorneys' fees which Plaintiff might claim. For the avoidance of doubt, in the event that Plaintiff files a written acceptance of this offer of judgment within the time permitted by FRCP 68, Plaintiff shall not seek, and Defendants shall have no liability for,

any additional attorneys' fees or costs, whether based on statute, common law, contract, or otherwise, beyond the amount of this offer.

This offer of judgment is made for the purposes specified in FRCP 68, and is not to be construed as either an admission that Defendants are liable in this action, or that Plaintiff has suffered any damage. This offer shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.


Dated: June 17, 2020

                                    LAW OFFICES OF VINCENT E. BAUER

                                    _____s/_____
                                    Vincent E. Bauer
                                    425 Madison Avenue, 17th floor
                                    New York, NY 10017
                                    Tel:  (212) 575-1517
                                    Attorneys for Defendants