UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEBASTIAN LEON,<br>*on behalf of himself, FLSA Collective Plaintiffs,*<br>*and the Class,*<br><br>      Plaintiff,<br><br>      v.<br><br>ZUCKER'S BAGELS GRAND CENTRAL, LLC<br>  d/b/a ZUCKER'S BAGELS & SMOKED FISH,<br>ZUCKER'S COLUMBUS, LLC<br>  d/b/a ZUCKER'S BAGELS & SMOKED FISH,<br>ZUCKER'S FLATIRON, LLC<br>  d/b/a ZUCKER'S BAGELS & SMOKED FISH,<br>POMERANTZ EQUITIES, LLC<br>  d/b/a MURRAY'S BAGELS,<br>MURRAY'S BAGELS HOLDING, LLC<br>  d/b/a MURRAY'S BAGELS,<br>MATTHEW POMERANTZ, and DANIEL PACE,<br><br>      Defendants. | Case No. 20-cv-00713 (JMF)<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants ZUCKER'S BAGELS GRAND CENTRAL, LLC d/b/a ZUCKER'S BAGELS & SMOKED FISH, ZUCKER'S COLUMBUS, LLC d/b/a ZUCKER'S BAGELS & SMOKED FISH, ZUCKER'S FLATIRON, LLC d/b/a ZUCKER'S BAGELS & SMOKED FISH, POMERANTZ EQUITIES, LLC d/b/a MURRAY'S BAGELS, MURRAY'S BAGELS HOLDING, LLC d/b/a MURRAY'S BAGELS, MATTHEW POMERANTZ, and DANIEL PACE, (collectively, "Defendants") having offered to allow Plaintiff SEBASTIAN LEON ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated June 17, 2020 and filed as Exhibit A to Docket Number 39.;

  **WHEREAS**, on June 23, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 39);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated June 17, 2020 and filed as Exhibit A to Docket Number 39.

All conferences and deadlines are canceled, and all motions are moot.  The Clerk of Court is directed to close this case.

**SO ORDERED:**

Dated:   June 24            , 2020    _____
         New York, New York           JESSE M. FURMAN
                                      United States District Judge